In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by WILLIAM T. EMMET, Superintendent of Insurance, Respondent, for an Order to Take Possession of the Property and Liquidate the Business of the Empire State Surety Company.

WHEELER CONDENSER AND ENGINEERING COMPANY et al.,
Appellants.

(Submitted January 3, 1916; decided January 11, 1916.)

MOTION to amend remittitur. (See 216 N. Y. 273.)

Motion granted and remittitur amended so as to read: Order of Appellate Division reversed as to the claims held to be matured as indicated in the opinion of SEABURY, J., with costs, and affirmed as to the claims not so matured, without costs in this court.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. WHITMEL H. SMITH, Appellant.

(Submitted January 3, 1916; decided January 11, 1916.)

Motion for re-argument denied. (See 215 N. Y. 629.)